**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6704**

———————

ROBERT D. DRINKARD, JR.,

Petitioner - Appellant,

versus

ALTON BASKERVILLE, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-99-852-7)

———————

Submitted:  August 29, 2000      Decided:  September 11, 2000

———————

Before WIDENER and MICHAEL, Circuit Judges. and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert D. Drinkard, Jr., Appellant Pro Se.  Donald Eldridge Jeffrey III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert D. Drinkard, Jr. seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] See Drinkard v. Baskerville, No. CA-99-852-7 (W.D. Va. Apr. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Drinkard alleges that the district court should have excluded two periods from its statute of limitations calculations. We hold that, even with the benefit of those periods, Drinkard's petition was time-barred under 28 U.S.C.A. § 2244(d) (West Supp. 2000).

2